## JOSHUA RODRIGUEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Joshua Rodriguez' petition for certification for appeal from the Appellate Court, 70 Conn. App. 902 (AC 22281), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Vicki H. Hutchinson*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided July 2, 2002

## SUZANNE M. SEARLES *v.* BOARD OF EDUCATION OF THE TOWN OF WEST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 907 (AC 22028), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Suzanne M. Searles*, pro se, in support of the petition.

*Jason M. Dodge*, in opposition.

Decided July 10, 2002